**Order entered April 1, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00239-CV

## ANGELOS KOLOBOTOS, A/K/A ANGELOS KOLOMBOTOS, ET AL., Appellants

## V.

## CITY OF DALLAS, Appellee

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-16384

### ORDER

Before the Court is appellants' February 24, 2020 motion to extend time to file their notice of appeal. The motion recites the appeal is from the trial court's November 8, 2019 final judgment and is being filed within fifteen days of the deadline. *See* TEX. R. APP. P. 26.3 (extending deadline to file notice of appeal where notice is filed within fifteen days of deadline and motion complies with appellate rule 10.5(b)). The motion, however, does not state the reason the extension is necessary. *See id.* 10.5(b). Accordingly, by letter dated March 5,

2020, we directed appellants to file, no later than March 16, 2020, an amended motion that explained why the notice of appeal was untimely. Our letter also cautioned that failure to comply could result in dismissal of the appeal without further notice. *See id.* 42.3(a),(c). To date, appellants have not complied, but they have corresponded with the Court concerning the clerk's record.

Because it appears appellants desire to pursue the appeal, we **EXTEND THE TIME** for appellants to file the amended extension motion to **April 13, 2020.** *See id.* 10.5(b). We again caution appellants that failure to comply could result in dismissal of the appeal without further notice. *See id.* 42.3(a),(c).

/s/    BILL WHITEHILL
       JUSTICE